JOHN M. SORICH (CA Bar No. 125223)
jsorich@adorno.com
S. CHRISTOPHER YOO (CA Bar No. 169442)
cyoo@adorno.com
JOSHUA H. ABEL (CA Bar No. 244592)
jabel@adorno.com
ADORNO YOSS ALVARADO & SMITH
A Professional Corporation
1 MacArthur Place, Suite 200
Santa Ana, California 92707
Tel: (714) 852-6800
Fax: (714) 852-6899

Attorneys for Defendant
JPMORGAN CHASE BANK, N.A., AN ACQUIRER OF CERTAIN ASSETS AND LIABILITIES OF WASHINGTON MUTUAL BANK FROM THE FDIC ACTING AS RECEIVER

FILED
CLERK, U.S. DISTRICT COURT
OCT 18 2010
CENTRAL DISTRICT OF CALIFORNIA
BY        DEPUTY

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAMUEL FRANCO AND ANABEL FRANCO,<br><br>Plaintiffs,<br><br>vs.<br><br>WASHINGTON MUTUAL BANK, (DOES 1-20),<br><br>Defendant. | CASE NO.: CV10-3561 R (AJWx)<br><br>JUDGE: Honorable Manuel L. Real<br><br>[PROPOSED] JUDGMENT<br><br>DATE: October 4, 2010<br>TIME: 10:00 a.m.<br>CRTRM: 8<br><br>Action Filed: April 12, 2010 |

The Court having considered the Motion of defendant JPMorgan Chase Bank, N.A., an acquirer of certain assets and liabilities of Washington Mutual Bank from the Federal Deposit Insurance Corporation acting as receiver ("JPMorgan" or "Defendant") for an order Dismissing the First Amended Complaint ("FAC") of plaintiffs Samuel Franco and Anabel Franco ("Plaintiffs") on October 4, 2010 at 10:00

a.m. in Courtroom "8" of the above-entitled Court, the Honorable Manuel L. Real, Judge, presiding:

IT IS ORDERED, ADJUDGED AND DECREED that

1. Plaintiffs' First Amended Complaint dismissed <u>with prejudice</u> because Plaintiffs cannot state any claim against Defendant for the reasons set forth in the Order Granting Defendant's Motion to Dismiss.

2. Plaintiffs shall recover nothing against Defendant.

3. Defendant is entitled to recover from Plaintiffs the costs of suit in this action. Defendant my file a Bill of Costs.

DATED: **October 18, 2010**

_____
Hon. Manuel L. Real
Judge, United States District Court